FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2025 JUN 11  AM 10: 36

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 25-mj-00108-NRN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MOHAMMED SABRY SOLIMAN,

      Defendant.

---

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

**TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF COLORADO, OR TO ANY OTHER UNITED STATES MARSHAL, OR TO ANY OTHER FEDERAL LAW ENFORCEMENT OFFICER** AND TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY THE DEFENDANT MAY BE HELD:

This Writ is issued upon Order of the United States District Court for the District of Colorado. I hereby command that you bring the body of Mohammed Sabry Soliman, YOB: 1979, ID Number IN2502501, now confined in Boulder County Jail, 3200 Airport Rd, Boulder, CO 80301, before a United States Magistrate Judge, sitting at Denver, Colorado, on June 6, 2025 in the United States District Court for the District of Colorado; to appear for proceedings in the above-referenced and pending case; and to hold said Defendant at all times in your custody as an agent of the United States of America; that immediately after the conclusion of the proceedings and final disposition of the above-

entitled case in the United States District Court for the District of Colorado, you shall return the Defendant to the institution where he was confined, under safe and secure conduct.

DATED at Denver, Colorado, this __3rd__ day of June, 2025.



BY THE COURT:

s/ N. Orlin
CLERK, UNITED STATES DISTRICT COURT

**PARTIAL/FINAL RETURN**
WITHIN NAMED PERSON TRANSPORTED
FROM _BOULDER COUNTY JAIL_ TO
_USMS DENVER_
ON _6/6/2025_

UNITED STATES MARSH...
DISTRICT OF COLORADO

BY _____
DEPUTY U.S. MARSHAL

**PARTIAL/FINAL RETURN**
WITHIN NAMED PERSON TRANSPORTED
FROM_____
ON_____ TO

UNITED STATES MARSH...
DISTRICT OF COLORADO

BY_____
DEPUTY U.S. MARSHAL