DEFENDANT:          MOHAMED SABRY SOLIMAN

YOB:                1979

COMPLAINT          ___X____ Yes        _____ No
FILED?
                    If yes, MAGISTRATE CASE NUMBER: 25-mj-00108-NRN

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?    __X__ Yes    ____ No

OFFENSE(S):         Counts 1-8: Hate Crime Acts: Willfully Causing Bodily Injury and
                    Attempting to Kill, 18 U.S.C. §§ 249(a)(2)(A)(ii)(II), (B)(i)(II), (B)(ii),
                    (B)(iii), and (B)(iv)(II)
                    Count 9: Hate Crime Acts: Using Fire, a Dangerous Weapon, or an
                    Explosive or Incendiary Device to Attempt to Cause Bodily Injury
                    and Attempting to Kill, 18 U.S.C. §§ 249(a)(2)(A)(ii)(II), (B)(i)(II),
                    (B)(ii), (B)(iii), and (B)(iv)(II)
                    Counts 10-11: Using Fire or an Explosive to Commit a Felony, 18
                    U.S.C. § 844(h)(1)
                    Count 12: Carrying an Explosive During the Commission of a
                    Felony, 18 U.S.C. § 844(h)(2)

LOCATION OF        Boulder County, Colorado, and elsewhere
OFFENSE:

PENALTY:           Counts 1-8: Any term of years or life imprisonment; NMT $250,000
                    fine, or both; NMT 5 years' supervised release; $100 Special
                    Assessment.
                    Count 9: Any term of years or life imprisonment; NMT $250,000
                    fine, or both; NMT 5 years' supervised release; $100 Special
                    Assessment.
                    Counts 10-11: For the first count of conviction under this section, 10
                    years imprisonment to run consecutive to all other Counts; For the
                    second count of conviction under this section, 20 years
                    imprisonment to run consecutive to all other Counts; NMT $250,000
                    fine, or both; NMT 3 years' supervised release; $100 Special
                    Assessment.
                    Count 12: For the first count of conviction under this section, 10
                    years imprisonment to run consecutive to all other Counts; For the
                    second count of conviction under this section, 20 years
                    imprisonment to run consecutive to all other Counts; NMT $250,000
                    fine, or both; NMT 3 years' supervised release; $100 Special
                    Assessment.

AGENT:    Special Agent Timothy Chan, FBI

AUTHORIZED  Melissa Hindman, Assistant U.S. Attorney
BY:

ESTIMATED TIME OF TRIAL:

_____ five days or less; \_X\_\_ over five days

THE GOVERNMENT:

\_\_\_X\_\_\_ will seek detention in this case based on 18 U.S.C. § 3142(f)(1) and/or (f)(2).

_____ will not seek detention

The statutory presumption of detention **is not** applicable to this defendant.