IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 25-cr-00194-JLK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MOHAMMED SABRY SOLIMAN,

      Defendant.

## NOTICE OF APPEARANCE

      The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above-captioned case.

      Respectfully submitted,

      VIRGINIA L. GRADY
      Federal Public Defender


      *s/ Kelly Christl*
      KELLY CHRISTL
      Assistant Federal Public Defender
      633 17th Street, Suite 1000
      Denver, CO  80202
      Telephone: (303) 294-7002
      FAX: (303) 294-1192
      Email: Kelly_Christl@fd.org
      Attorney for Defendant

CERTIFICATE OF SERVICE

      I hereby certify that on June 30, 2025, I filed the foregoing ***Notice of Appearance*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Melissa E. Hindman, Assistant United States Attorney
Email: melissa.hindman@usdoj.gov

MarLa N. Duncan, Trial Attorney, Criminal Section, Civil Rights Division
Email: marla.duncan@usdoj.gov

      I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Mohammed Sabry Soliman (via U.S. mail)

                                               *s/ Kelly Christl*
                                               KELLY CHRISTL
                                               Assistant Federal Public Defender
                                               633 17th Street, Suite 1000
                                               Denver, CO  80202
                                               Telephone: (303) 294-7002
                                               FAX: (303) 294-1192
                                               Email: Kelly_Christl@fd.org
                                               Attorney for Defendant