IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 25-cr-00194-JLK

UNITED STATES OF AMERICA,

   Plaintiff,

v.

**MOHAMMED SABRY SOLIMAN**,

   Defendant.

---

### ENTRY OF APPEARANCE OF COUNSEL
---

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

<u>    United States of America    </u>

DATED at Denver, Colorado this 1st day of July, 2025.

<u>Laura Cramer-Babycz</u>
    Name of Attorney
<u>United States Attorney's Office</u>
    Firm Name
<u>1801 California Street, Suite 1600</u>
    Office Address
<u>Denver, CO, 80202</u>
    City, State, ZIP Code
<u>303-454-0100</u>
    Telephone Number
<u>Laura.Cramer-Babycz@usdoj.gov</u>
    Primary CM/ECF E-mail Address

                           PETER MCNEILLY
                           United States Attorney

By:   *s/ Laura Cramer-Babycz*
       Laura Cramer-Babycz
       Assistant United States Attorney
       U.S. Attorney's Office
       1801 California Street, Suite 1600
       Denver, CO 80202
       Telephone: 303-454-0100
       Fax:  303-454-0401
       E-mail: Laura.Cramer-Babycz@usdoj.gov
       Attorney for Government

## CERTIFICATE OF SERVICE

      I hereby certify that on July 1, 2025, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

      By: s/ *Portia Peter*
PORTIA PETER
Legal Assistant
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0401
E-mail: Portia.Peter@usdoj.gov