# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior Judge John L. Kane

| | |
|---|---|
| Date: July 10, 2025 | Deputy Clerk: Bernique Abiakam<br>Court Reporter: Janet Coppock<br>Interpreter: Karima Marzaq-Sager |

Criminal Action No.:25-cr-00194-JLK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MOHAMMED SABRY SOLIMAN<br><br>　　　　Defendant. | Laura Cramer-Babycz<br><br><br><br><br>David A. Kraut<br>Jennifer L. Beck<br>Kelly D. Christl |

## COURTROOM MINUTES

**Status Conference**

**11:03 a.m.   Court in session.**

Court calls case.   Appearances of counsel. Defendant present in custody.

Interpreter sworn.

Preliminary remarks by the Court.

Discussion regarding speedy trial, ends of justice continuance and case settings.

**ORDERED:** All pretrial motions are due by July 30, 2025. Responses due on August 13, 2025.   Replies are due on August 19, 2025.

**ORDERED:** The parties shall jointly file proposed Jury Instructions by August 20, 2025.

**ORDERED:** A Final Trial Preparation Conference and non-evidentiary Motions Hearing is set for one hour on Tuesday, August 26, 2025, at 10:30 a.m.

**ORDERED:** A 4-week Jury Trial is set to begin on Tuesday, September 2, 2025, at 9:00 a.m.

Comments by the Court regarding conflict report and disclosure.

**11:30 a.m.**   **Court in recess.**   Hearing concluded.   Time in court – 27 minutes.