IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 25-CR-00194-JLK

UNITED STATES OF AMERICA,

   Plaintiff,

v.

MOHAMMED SABRY SOLIMAN,

   Defendant.

## MOTION TO WITHDRAW

The United States of America, by Harmeet K. Dhillon, Assistant Attorney General, Civil Rights Division, through Sarah E. Howard, Trial Attorney, hereby files its Motion to Withdraw Trial Attorney MarLa N. Duncan, as counsel of record and requests termination of electronic service in the above-captioned case. As grounds for this motion, the government states that MarLa N. Duncan is no longer employed as a Trial Attorney for the Civil Rights Division. Trial Attorney Sarah E. Howard is counsel of record in this case and is receiving electronic notice.

      DATED at Denver, Colorado this 30th day of July, 2025.

                    HARMEET K. DHILLON
                    Assistant Attorney General
                    Civil Rights Division

By:   *s/ Sarah E. Howard*
       SARAH E. HOWARD
       Trial Attorney
       Criminal Section
       Civil Rights Division
       150 M Street NE, 4CON
       Washington, DC 20002
       Telephone: (202) 353-5871
       Email: sarah.howard2@usdoj.gov

## CERTIFICATE OF SERVICE

  I hereby certify that on July 30th, 2025, I electronically filed the foregoing **MOTION TO WITHDRAW** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

           By: *s/* Sarah E. Howard
              SARAH E. HOWARD
              Trial Attorney
              Criminal Section
              Civil Rights Division