**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 25-cr-00194-JLK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MOHAMMED SABRY SOLIMAN,

      Defendant.

---

**PROTECTIVE ORDER REGARDING DEFENDANT SOLIMAN'S PRETRIAL
DETENTION RECORDS RELATING TO CONTACT WITH DEFENSE TEAM**

---

THIS MATTER is before me on Defendant Mohammed Sabry Soliman's Unopposed Motion to Prohibit Government Access to Mr. Soliman's Pretrial Detention Records Relating to Contact With Defense Team (ECF No. 46). For good cause shown, IT IS HEREBY ORDERED AS FOLLOWS:

1. As used in this order, "Defense Team" is defined as defense counsel of record in this case ("Defense Counsel"); Defendant Mohamed Sabry Soliman; any experts, investigators, and office staff assisting Defense Counsel in preparing the defense in this case; and the defense attorneys representing the Defendant in the criminal prosecution currently pending in Colorado's Twentieth Judicial District, Case No. 2025CR000785 (the "State Court case"), as well as the experts, investigators, and office staff assisting those attorneys with preparing the defense for that case.

2. Any facility in which Mr. Soliman is held awaiting trial in this case or the State Court case may not disclose to the government or any other entity, other than the Defense Team, records,

1

documents, visitor logs, background check contents or results, emails concerning Defense Team visits, visitors, or phone calls, or other information revealing the identity profession, specialty, qualifications, purpose, or visit/call date of any Defense Team visitor to or phone call between a Defense Team member and Mr. Soliman.

3. The Government may not access, view, or obtain any information described in the preceding paragraph, other than by requesting and receiving specific permission from the Court to do so. Such a request shall be in writing and shall contain a statement of conferral regarding Defense Counsel's position on the request. If the Government seeks approval from the Court to access any of the above-described information, the Court will review the information at issue in camera, review any response by the defense, and, if necessary, apply any necessary redactions to released information. Upon a showing of good cause, the Court will allow the defense to file any response to such a request ex parte.

DATED this 28th day of October, 2025.

John L. Kane
JOHN L. KANE
SENIOR U.S. DISTRICT JUDGE