IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 25-cr-00194-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MOHAMMED SABRY SOLIMAN,

    Defendant.

---

**PROTECTIVE ORDER REGARDING DEFENDANT SOLIMAN'S
PRETRIAL DETENTION MEDICAL INFORMATION**

---

THIS MATTER is before me on Defendant Mohammed Sabry Soliman's Unopposed Motion to Prohibit Government Access to Mr. Soliman's Pretrial Detention Medical and Mental Health Records (ECF No. 43). For good cause shown, IT IS HEREBY ORDERED AS FOLLOWS:

1. As used in this Order, "Medical Information" is defined as all records, documents, notes, test results, laboratory analysis, observations, assessments, statements, reports, diagnostic examinations or images, and other information relating to Mr. Soliman's physical and mental condition and created by a medical or mental health practitioner. This "Medical Information" includes SOAP notes, problem lists, records relating to transportation of Mr. Soliman to or from any medical or mental health appointment, lists of medications and prescriptions ordered for or administered to Mr. Soliman, names of any medical or mental health treatment providers who encounter Mr. Soliman for purposes of medical or mental health treatment, and all statements (oral or written) attributed to Mr. Soliman and made in the course of communicating with a

medical or mental health practitioner for the purposes of receiving medical or mental health treatment or support.

2. Any facility in which Mr. Soliman is held awaiting trial in this case or the State Court case may not disclose to the Government or any other entity, other than the Defense Team, any Medical Information relating to Mr. Soliman.

3. The Government may not view, access, or obtain any Medical Information described in paragraph 1 of this Order, other than by requesting and receiving specific permission from the Court to do so. Such a request shall be in writing and shall contain a statement of conferral regarding Defense Counsel's position on the request. If the Government seeks approval from the Court to access any of the above-described information, the Court will review the information at issue in camera, review any response by the defense, and, if necessary, apply any necessary redactions to released information. Upon a showing of good cause, the Court will allow the defense to file any response to such a request ex parte.

DATED this 28th day of October, 2025.

_____
JOHN L. KANE
SENIOR U.S. DISTRICT JUDGE