IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 25-cr-00194-JLK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MOHAMMED SABRY SOLIMAN,

      Defendant.

---

**UNOPPOSED MOTION TO MODIFY AND AMEND
PROTECTIVE ORDER RELATING TO DISCOVERY**

---

Defendant, Mohammed Sabry Soliman ("Mr. Soliman"), by and through undersigned counsel, hereby respectfully moves the Court to modify and amend the existing protective order regarding discovery material produced in this case. *See* ECF 53. A proposed amended protective order is attached to this motion as Exhibit A.

The parties have conferred regarding this motion. The government does not oppose this motion or the language within the proposed amended protective order.

As part of discovery, the government produced the contents of a cell phone seized from Mr. Soliman's family members on June 1, 2025. That cell phone contains many photographs of Mr. Soliman with his family. The defense team would like to provide Mr. Soliman with some of these family photographs in paper and digital format. None of the photographs contain personal identifying information of any person other than Mr. Soliman and his family members. The defense team has provided the government with copies of all photographs to be provided to Mr. Soliman.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

s/ David Kraut
DAVID KRAUT

s/ Jennifer Beck
JENNIFER BECK

s/ Kelly Christl
KELLY CHRISTL

Assistant Federal Public Defenders
633 17th Street, Suite 1000
Denver, CO  80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Email: David_Kraut@fd.org
Email: Jennifer_Beck@fd.org
Email: Kelly_Christl@fd.org
Attorneys for Defendant

2

CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2026, I filed the foregoing *Unopposed Motion to Modify and Amend Protective Order Related to Discovery* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Melissa E. Hindman, Assistant United States Attorney
Email:  melissa.hindman@usdoj.gov

Sarah E. Howard, Assistant United States Attorney
Email: sarah.howard2@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Mohammed Sabry Soliman (via U.S. mail)

> *s/ David Kraut*
> DAVID KRAUT
> Assistant Federal Public Defender
> 633 17th Street, Suite 1000
> Denver, CO  80202
> Telephone: (303) 294-7002
> FAX: (303) 294-1192
> Email: David_Kraut@fd.org
> Attorney for Defendant

3