# Exhibit H

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 25-cr-00194-JLK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MOHAMMED SABRY SOLIMAN,

      Defendant.

---

**ORDER**

---

THIS MATTER comes before the Court upon Mr. Soliman's Emergency Motion to Preclude the Removal of Essential Material Witnesses (ECF ___). For good cause shown, the Motion is granted and IT IS HEREBY ORDERED AS FOLLOWS:

The United States Government, including any Executive Branch agency, SHALL NOT remove any of the following individuals from the United States unless and until this order is vacated or modified by subsequent order of the United States District Court for the District of Colorado, the United States Court of Appeals for the Tenth Circuit, or the United States Supreme Court:

DATED this _____ day of May, 2026.

 

 

 

 

                                        _____
                                        JOHN L. KANE
                                        SENIOR U.S. DISTRICT JUDGE