IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 25-cr-00194-JLK

UNITED STATES OF AMERICA,

     Plaintiff,

v.

MOHAMMED SABRY SOLIMAN,

     Defendant.

---

## ORDER RE: MAY 14, 2026 HEARING

Kane, J.

A hearing is set for tomorrow, May 14, 2026, on the pending Emergency Motion to Preclude Removal of Essential Material Witnesses (ECF Nos. 77 and 87) filed by Defendant Mohammed Sabry Soliman. The parties should be prepared to address the following questions at that hearing.

1. Would the testimony provided by the subject witnesses be potentially material only if the death penalty is sought in this case and only for related proceedings? Or could the testimony be material for a trial on whether Mr. Soliman is guilty of the crimes charged or any subsequent non-capital sentencing proceedings? For example, Mr. Soliman is charged with crimes that require the Government to prove that he acted "because of the actual and perceived national origin of any person." *See* Indictment at 3-6, ECF No. 20. Assuming at this point that a trial in this case is still a likelihood, could the testimony of the subject witnesses be material to this fact?

2. If the subject witnesses are removed from the United States, is it assured that the witnesses will be able to provide testimony via CCTV in the country to which they are

deported, considering the witnesses' personal circumstances and the technological capacities in the country?

3. In the Government's view, what are the limits of the Court's authority to prevent the violation of a criminal defendant's rights that are guaranteed by the U.S. Constitution?

DATED this 13th day of May, 2026.

_____
JOHN L. KANE
SENIOR U.S. DISTRICT JUDGE