IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge John L. Kane**

Criminal Case No.:  25-cr-00194-JLK-1            Date: 5/13/2026
Courtroom Deputy:  Meghan Smotts                 Court Reporter: Kevin Carlin
Interpreters: Karwan Jabbar and Karima Marzaq

_Parties:_                                       _Counsel:_

UNITED STATES OF AMERICA,                        Melissa Hindman
                                                 Laura Cramer-Babycz
                                                 Sarah Howard

    Plaintiff,

v.

MOHAMMED SABRY SOLIMAN,                          Jennifer Beck
                                                 Kelly D. Christl
                                                 David Kraut

    Defendant.

---

## COURTROOM MINUTES

---

**MOTION HEARING**

**10:45 a.m.    Court in session.**

Appearances of counsel.  Defendant is present in custody.

Interpreters sworn in.

Preliminary remarks by the Court.

Before the Court is the Defendant's Emergency Motion to Preclude Removal of Essential Material Witnesses [ECF 77 and 87].

10:59 a.m.    Discussion and argument by Government counsel Ms. Hindman with questions from the Court.

11:16 a.m.    Discussion and argument by Defense counsel Mr. Kraut with questions from the Court.

11:34 a.m.    Further discussion and argument by both parties with questions from the Court.

**ORDERED:    Counsel shall meet and confer to narrow the issues to be addressed at the continued motion hearing to be held in the next two weeks and set by separate order.**

**12:02 p.m.    Court in recess.**

Hearing concluded.
Total time in court:    01:17