IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 25-cr-00194-JLK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MOHAMMED SABRY SOLIMAN,

      Defendant.

---

**PLACEHOLDER FOR EXHIBIT B**
**FILED SEPARATELY UNDER LEVEL THREE RESTRICTION**

---