IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 25-cr-00194-JLK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

MOHAMMED SABRY SOLIMAN,

       Defendant.

---

**PLACEHOLDER FOR EXHIBIT C**
**FILED SEPARATELY UNDER LEVEL TWO RESTRICTION**

---