**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Action No. 25-cr-00194-JLK

UNITED STATES OF AMERICA,

Plaintiff,

v.

MOHAMED SABRY SOLIMAN,

Defendant.

---

**JOINT PROPOSAL**

---

On June 25, 2026, the Court issued an order finding that "expert testimony Mr. Soliman seeks to present would be helpful for the resolution of his Motion." ECF No. 143. The Court further ordered the parties to file "a joint proposal on the method and timing for the submission or presentation of relevant expert testimony." *Id*.

At this time, the defense intends to call expert witnesses pertaining to (1) the impact on capital sentencing jurors of presenting mitigation testimony by video rather than in-person, and (2) how conducting depositions of Mr. Soliman's family in the near future would violate the constitutional and ethical obligations of defense counsel to effectively gather and present mitigation evidence. The defense has conferred with experts on these topics and is also considering presenting additional expert testimony regarding other topics related to the issues raised by the parties.

The parties have conferred and propose a hearing date of August 31, 2026 for the presentation of expert testimony with two caveats: (1) the defense is still securing expert availability and will alert the government and Court immediately if there are scheduling conflicts

with August 31, 2026, and (2) the defense requests a full-day hearing but notes the possibility that the hearing may last longer than one day depending on the number of witnesses called and the duration of questioning.

The parties have also conferred regarding pre-hearing disclosures. The government has requested expert disclosures pursuant to Rule 16(b)(1)(C) of the Federal Rules of Criminal Procedure. The defense objects to that request but has agreed to provide the government with written summaries of its witnesses' qualifications, professional experience, training, publications, prior testimony, and anticipated motions hearing testimony. The government does not anticipate calling any witnesses at this time, but if it decides to do so, it will provide the defense with the same written information. The parties suggest a deadline of 21 days in advance of the hearing (August 10, 2026) for the parties to exchange these disclosures and a deadline of 14 days in advance of the hearing (August 17, 2026) for any motions pertaining to the substance of the hearing. The defense has noted that counsel's effort to secure expert witnesses is ongoing and if counsel cannot provide this information by such a deadline, the parties will confer and the defense will file a motion to submit disclosures at a later date.

Respectfully submitted this 1st day of July, 2026.

MATTHEW K. BELCHER
Interim Federal Public Defender

*s/ David Kraut*
DAVID KRAUT

*s/ Jennifer Beck*
JENNIFER BECK

*s/ Kelly Christl*
KELLY CHRISTL

Assistant Federal Public Defenders
633 17th Street, Suite 1000
Denver, CO 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Email: David_Kraut@fd.org
Email: Jennifer_Beck@fd.org
Email: Kelly_Christl@fd.org
Attorneys for Defendant

PETER MCNEILLY
UNITED STATES ATTORNEY

*s/ Melissa Hindman*
Melissa Hindman
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: (303) 454-0100
Fax: (303) 454-0406
Email: Melissa.Hindman@usdoj.gov
Attorney for Government

CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2026, I filed the foregoing ***Joint Proposal*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Melissa E. Hindman, Assistant United States Attorney
Email: melissa.hindman@usdoj.gov

Sarah E. Howard, Assistant United States Attorney
Email: sarah.howard2@usdoj.gov

Khalil Quinan, Assistant United States Attorney
Email: Khalil.quinan@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Mohammed Sabry Soliman (via U.S. mail)

*s/ David Kraut*
DAVID KRAUT
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Email: David_Kraut@fd.org
Attorney for Defendant