IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 25-cr-00194-JLK

UNITED STATES OF AMERICA,

Plaintiff,

v.

MOHAMMED SABRY SOLIMAN,

Defendant.

---

**NOTICE OF DISPOSITION**

---

Defendant, Mohammed Sabry Soliman ("Mr. Soliman"), by and through undersigned counsel, hereby notifies this Court that a disposition has been reached in this case. The parties respectfully move the Court to schedule a change of plea hearing in this matter.

Respectfully submitted,

MATTHEW K. BELCHER
Federal Public Defender

*s/ David Kraut*
DAVID KRAUT

*s/ Jennifer Wickens*
JENNIFER WICKENS

*s/ Kelly Christl*
KELLY CHRISTL

Assistant Federal Public Defenders
633 17th Street, Suite 1000
Denver, CO 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Email: David_Kraut@fd.org
Email: Jennifer_Wickens@fd.org
Email: Kelly_Christl@fd.org
Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2026, I filed the foregoing ***Notice of Disposition*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Melissa E. Hindman, Assistant United States Attorney
Email: melissa.hindman@usdoj.gov

Sarah E. Howard, Assistant United States Attorney
Email: sarah.howard2@usdoj.gov

Khalil H. Quinan, Assistant United States Attorney
Email: khalil.quinan@usdoj.gov

Daniel Pastor, Assistant United States Attorney
Email: daniel.pastor@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Mohammed Sabry Soliman (via U.S. mail)

*s/ David Kraut*
DAVID KRAUT
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Email: David_Kraut@fd.org
Attorney for Defendant