IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 25-cr-00194-JLK

UNITED STATES OF AMERICA,

Plaintiff,

v.

MOHAMMED SABRY SOLIMAN,

Defendant.

---

**MOTION TO WITHDRAW MOTIONS TO PRECLUDE REMOVAL OF MR. SOLIMAN'S FAMILY**

---

Defendant, Mohammed Sabry Soliman ("Mr. Soliman"), by and through undersigned counsel, hereby respectfully moves to withdraw his pending motions seeking to preclude his family's removal from the United States. The defense pleadings on this issue include ECF Numbers 77, 78, 81, 84, 87, 95, 96, 101, 102, 105, 133, 140, 144, and 150.

Further, the defense respectfully moves the Court to vacate the hearing on this issue, currently scheduled for December 8, 2026, at 10:30 am. ECF 152.

These requests are submitted due to the filing of a Notice of Disposition (ECF 153) and in compliance with the terms of the parties' proposed plea agreement.

Respectfully submitted,

MATTHEW K. BELCHER
Federal Public Defender

*s/ David Kraut*
DAVID KRAUT

*s/ Jennifer Wickens*
JENNIFER WICKENS

*s/ Kelly Christl*
KELLY CHRISTL

Assistant Federal Public Defenders
633 17th Street, Suite 1000
Denver, CO 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Email: David_Kraut@fd.org
Email: Jennifer_Wickens@fd.org
Email: Kelly_Christl@fd.org
Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2026, I filed the foregoing ***Motion to Withdraw Motions to Preclude Removal of Mr. Soliman's Family*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Melissa E. Hindman, Assistant United States Attorney
Email: melissa.hindman@usdoj.gov

Sarah E. Howard, Assistant United States Attorney
Email: sarah.howard2@usdoj.gov

Khalil H. Quinan, Assistant United States Attorney
Email: khalil.quinan@usdoj.gov

Daniel Pastor, Assistant United States Attorney
Email: daniel.pastor@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Mohammed Sabry Soliman (via U.S. mail)

*s/ David Kraut*

DAVID KRAUT
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Email: David_Kraut@fd.org
Attorney for Defendant